# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEMETRA HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 09-07291-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this Judgment be entered reversing the decision of the Commissioner of Social Security and remanding for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: October 21, 2010

                                                  */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE